```
                                              FILED
                                              May 26, 2010
      UNITED STATES DISTRICT COURT FOR THE    CLERK, US DISTRICT COURT
                                              EASTERN DISTRICT OF
         EASTERN DISTRICT OF CALIFORNIA       CALIFORNIA
                                              DEPUTY CLERK
```

UNITED STATES OF AMERICA, )
) Case No. 2:10-MJ-0149-EFB
      Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
BENJAMIN GONZALES RODRIGUEZ, )
)
      Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>BENJAMIN GONZALES RODRIGUEZ</u>, Case No. <u>2:10-MJ-0149-EFB</u>, Charge <u>Title 21 USC § 841(a)(1)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    X  Bail Posted in the Sum of $ <u>100,000</u>

    X  Unsecured Appearance Bond <u>co-signed by defendant and four others.</u>

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond with Surety

    __ Corporate Surety Bail Bond

    X  (Other) <u>Pretrial Services Supervision of Conditions of release.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>May 26, 2010</u> at <u>2:15</u> pm.

By _____
    Dale A. Drozd
    United States Magistrate Judge