```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JASON HITT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone:  (916) 554-2751
 5
 6
 7
 8                  IN THE UNITED STATES DISTRICT COURT
 9                FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )
                                  )   Mag. No. 2:10-mj-00149 EFB
12              Plaintiff,        )
                                  )   STIPULATION AND
13       v.                       )   ORDER CONTINUING
                                  )   PRELIMINARY HEARING AND
14  BENJAMIN GONZALES RODRIQUEZ,  )   EXCLUDING TIME
                                  )
15              Defendant.        )
    _____)
16
17       IT IS HEREBY STIPULATED by and between Assistant United States
18  Attorney Jason Hitt, counsel for the plaintiff United States of
19  America, and defendant Benjamin Gonzales RODRIQUEZ, by and through
20  his counsel Jan Karowsky, Esq., that good cause exists to extend the
21  preliminary hearing currently set for June 7, 2010, at 2:00 p.m. to
22  July 12, 2010, pursuant to Federal Rule of Criminal Procedure
23  5.1(d).
24       Good cause exists to extend the time for the preliminary
25  hearing within meaning of Rule 5.1(d) because extensive discovery
26  will be provided to the defense and a draft plea agreement prior to
27  the next preliminary hearing date.  The government and defendant
28  believe a resolution can be reached in his case and such a pre-
```

1

indictment resolution of the case would benefit the defendant. As a result, the defendant agrees that a continuance of the preliminary hearing date will not prejudice the defendant because a pre-indictment resolution could result in overall sentencing exposure that is significantly reduced for the defendant. Counsel believe a resolution on this case may occur if additional time to continue the preliminary hearing is granted.

The parties stipulate that the ends of justice are served by the Court excluding time from June 7, 2010, to July 12, 2010, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, the defense agrees that it needs additional time to continue discussions with the government regarding resolution of the case against this defendant, reviewing the voluminous discovery in the case, effectively evaluate the posture of the case and potentially prepare for trial, and conduct further investigation into mitigation of the defendant's federal sentencing exposure in this case. Id. For these reasons, the defendant, defense counsel, and the government

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1  stipulate and agree that the interests of justice are served by
2  granting this continuance outweigh the best interests of the public
3  and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A);
4  Local Code T4.

6  DATED: June 4, 2010                /s/Jason Hitt
                                       JASON HITT
7                                      Assistant U.S. Attorney

8  DATED: June 4, 2010                /s/Jason Hitt for Mr. Karowsky
                                       JAN KAROWSKY, ESQ.
9                                      Counsel for defendant Benjamin
                                       GONZALES RODRIQUEZ
10                                     Authorized to sign for Mr.
                                       Karowsky on 06-03-10

Based upon the representations by counsel and the stipulation of the parties, **IT IS HEREBY ORDERED** that:

1. The Court finds good cause to extend the Preliminary Hearing currently set for June 7, 2010, to July 12, 2010, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d);

2. Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. 18 U.S.C. § 3161(h)(7)(A) and Local Code T4 applies and the ends of justice outweigh the best interest of the public and the defendants in a speedy trial based upon the factors set forth in 18 U.S.C. § 3161(h)(7)(B)(iv). Accordingly, time under the Speedy Trial Act shall be excluded from June 7, 2010, up to and including July 12, 2010.

**IT IS SO ORDERED.**

DATE:   June 4, 2010.

_____
U.S. MAGISTRATE JUDGE