**FILED**

OCT 18 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

1  JAN DAVID KAROWSKY
   Attorney at Law
2  A Professional Corporation
   California State Bar Number 53854
3  716 19th Street, Suite 100
   Sacramento, CA 95811-1767
4  (916) 447-1134
   (916) 448-0265 (Fax)

Attorney for Defendant
Benjamin Gonzales Rodriquez

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America, | ) Mag. No. 2:10-mj-00149-EFB |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRELIMINARY HEARING AND EXCLUSION OF TIME |
| Benjamin Gonzales Rodriquez, | ) |
| Defendant | ) DATE: October 18, 2010 |
|  | ) TIME: 2:00 p.m. |
|  | ) JUDGE: Hon. Dale E. Drozd |

IT IS HEREBY STIPULATED by and between Assistant United State Attorney Jason Hitt, counsel for the plaintiff, United States of America, and defendant, Benjamin Gonzales Rodriquez, by and through his counsel, Jan David Karowsky, Esq., that good cause continues to exist to extend the preliminary hearing currently set for October 18, 2010 at 2:00 p.m. to November 18, 2010 at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure, Rule 5.1(d).

Good cause continues to exist to extend the time for the Preliminary hearing within the meaning of Rule 5.1(d).

Good cause exists to extend the time for the preliminary hearing within the meaning of Rule 5.1(d) because the entirety of the extensive discovery will be provided to the defense and a draft plea agreement, hopefully, prior to the next preliminary hearing date. Although an effort was made to accomplish these tasks prior to the preliminary hearing set for October 18, 2010, it was not possible to do so.

The government and the defendant believe a resolution can be reached in this case and such a pre-indictment resolution of the case would benefit the defendant. As a result, the defendant agrees that a continuance of the preliminary hearing date will not prejudice the defendant because a pre-indictment resolution could result in overall sentencing exposure that is significantly reduced for the defendant. Counsel believe a resolution on this case may occur if additional time to continue the preliminary hearing is granted.

The parties stipulate that the ends of justice are served by the Court excluding time from October 18, 2010 to November 18, 2010, so that counsel for the defendant may have the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161 (h) (7) (b) (iv). Specifically, the defense agrees that it needs even more time to continue discussions with the government regarding resolution of the case against this defendant, to review the voluminous discovery in the case, to effectively evaluate the posture of the case and potentially prepare for trial, and conduct further investigation into mitigation of the defendant's federal sentencing exposure in this case. Id. For these reasons, the defendant, defense counsel, and the government stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h) (7) (A); Local Code T4.

1 | **IT IS SO STIPULATED.**

2

3 | DATED:     October 18, 2010                    BENJAMIN B. WAGNER
4 |                                                 United States Attorney

5 |                                                 /s/ Jason Hitt, Esq. by
  |                                                 by Jan David Karowsky w/
6 |                                                 Mr. Hitt's's approval

7 |                                   by
  |                                                 Jason Hitt
8 |                                                 Assistant U.S. Attorney
  |                                                 by Jan David Karowsky
9

10 | DATED:    October 18, 2010                    JAN DAVID KAROWSKY
   |                                                Attorney at Law
11 |                                                A Professional Corporation

12 |                                                /s/ Jan David Karowsky, Esq.

13
   |                                   by
14 |                                                JAN DAVID KAROWSKY
   |                                                Attorney for Defendant
15 |                                                Benjamin Gonzales Rodriquez

16

17 | Based upon the representations of counsel and the stipulation of the parties, **IT IS**

18 | **HEREBY ORDERED** that:

19 |   1. The Court finds good cause to extend the Preliminary Hearing currently set for

20 |      October 18, 2010 to November 18, 2010 pursuant to Federal Rule of Criminal

21 |      Procedure, Rule 5.1(d);

22 |   2. Based upon the representations and stipulation of the parties, the Court finds that

23 |      the time exclusion under 18 U.S.C. § 3161 (h) (7) (A) and Local Code T4 applies

24 |      and the ends of justice outweigh the best interest of the public and the defendant's

25 |      in a speedy trial based upon the factors set forth in 18 U.S.C. § 3161 (h) (7) (B)

(iv). Accordingly, time under the Speedy Trial Act shall be excluded from October 18, 2010 to and including November 18, 2010.

**IT IS SO ORDERED.**

Date: 10/18/10

**DALE A. DROZD**
UNITED STATE MAGISTRATE JUDGE

- 4 -