**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Benjamin Gonzales Rodriquez

### UNITED STATES DISTRICT COURT

### IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Mag. No. 2:10-mj-00149-EFB |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING AND EXCLUSION OF TIME** |
| vs. | |
| Benjamin Gonzales Rodriquez, | |
| Defendant | |

IT IS HEREBY STIPULATED by and between Assistant United State Attorney Jason Hitt, counsel for the plaintiff, United States of America, and defendant, Benjamin Gonzales Rodriquez, by and through his counsel, Jan David Karowsky, Esq., that good cause continues to exist to extend the preliminary hearing currently set for November 18, 2010 at 2:00 p.m. to December 17, 2010 at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure, Rule 5.1(d).

1     Good cause continues to exist to extend the time for the Preliminary hearing
2 within the meaning of Rule 5.1(d).

3     Good cause exists to extend the time for the preliminary hearing within the
4 meaning of Rule 5.1(d) because the entirety of the extensive discovery will be provided
5 to the defense and a draft plea agreement prior to the next preliminary hearing date.
6 The government and the defendant believe a resolution can be reached in this case and
7 such a pre-indictment resolution of the case would benefit the defendant.   As a result,
8 the defendant agrees that a continuance of the preliminary hearing date will not
9 prejudice the defendant because a pre-indictment resolution could result in overall
10 sentencing exposure that is significantly reduced for the defendant.   Counsel believe a
11 resolution on this case may occur if additional time to continue the preliminary hearing is
12 granted.

13     The parties stipulate that the ends of justice are served by the Court excluding
14 time from November 18, 2010 to December 17, 2010, so that counsel for the defendant
15 may have the reasonable time necessary for effective preparation, taking into account
16 the exercise of due diligence.   18 U.S.C. § 3161 (h) (7) (b) (iv).   Specifically, the
17 defense agrees that it needs even more time to continue discussions with the
18 government regarding resolution of the case against this defendant, to review the
19 voluminous discovery in the case, to effectively evaluate the posture of the case and
20 potentially prepare for trial, and conduct further investigation into mitigation of the
21 defendant's federal sentencing exposure in this case.   Id.   For these reasons, the
22 defendant, defense counsel, and the government stipulate and agree that the interests
23 of justice served by granting this continuance outweigh the best interests of the public
24 and the defendant in a speedy trial.   18 U.S.C. § 3161 (h) (7) (A); Local Code T4.
25 **IT IS SO STIPULATED.**

| | |
|---|---|
| DATED:  November 19, 2010 | BENJAMIN B. WAGNER<br>United States Attorney |
| | /s/ Jason Hitt, Esq. by<br>by Jan David Karowsky w/<br>Mr. Hitt's's approval |
| by | |
| | Jason Hitt<br>Assistant U.S. Attorney<br>by Jan David Karowsky |
| DATED:  November 19, 2010 | JAN DAVID KAROWSKY<br>Attorney at Law<br>A Professional Corporation |
| | /s/ Jan David Karowsky, Esq. |
| by | |
| | JAN DAVID KAROWSKY<br>Attorney for Defendant<br>Benjamin Gonzales Rodriquez |

Based upon the representations of counsel and the stipulation of the parties, **IT IS HEREBY ORDERED** that:

1. The Court finds good cause to extend the Preliminary Hearing currently set for November 18, 2010 to December 17, 2010 pursuant to Federal Rule of Criminal Procedure, Rule 5.1(d);
2. Based upon the representations and stipulation of the parties, the Court finds that the time exclusion under 18 U.S.C. § 3161 (h) (7) (A) and Local Code T4 applies and the ends of justice outweigh the best interest of the public and the defendant's in a speedy trial based upon the factors set forth in 18 U.S.C. § 3161 (h) (7) (B) (iv).  Accordingly, time under the

Speedy Trial Act shall be excluded from November 18, 2010 to and including December 17, 2010.

**IT IS SO ORDERED.**

Date:  November 19, 2010             /s/ Gregory G. Hollows
                                      U.S. MAGISTRATE JUDGE