BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

FILED
JAN 17 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BENJAMIN GONZALES RODRIQUEZ, ) <br> ) <br> Defendant. ) | Mag. No. 2:10-mj-00149 EFB <br> <br> STIPULATION AND [~~PROPOSED~~] <br> ORDER CONTINUING <br> PRELIMINARY HEARING AND <br> EXCLUDING TIME |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, counsel for the plaintiff United States of America, and defendant Benjamin Gonzales RODRIQUEZ, by and through his counsel Jan Karowsky, Esq., that good cause exists to extend the preliminary hearing currently set for January 18, 2012, at 2:00 p.m. to February 8, 2012, pursuant to Federal Rule of Criminal Procedure 5.1(d).

Good cause exists to extend the time for the preliminary hearing within meaning of Rule 5.1(d) because the parties are finalizing plea negotiations and expect that a guilty plea will be entered prior to the next-requested date of February 8, 2012. In the intervening time, the parties will be negotiating the terms of

1

th plea agreement. As a result, the defendant agrees that a continuance of the preliminary hearing date will not prejudice the defendant because a pre-indictment resolution could result in overall sentencing exposure that is significantly reduced for the defendant. Counsel believe a resolution on this case will occur if additional time to continue the preliminary hearing is granted.

The parties stipulate that the ends of justice are served by the Court excluding time from January 18, 2012, to February 8, 2012, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, the defense agrees that it needs additional time to continue discussions with the government regarding resolution of the case against this defendant, reviewing the discovery in the case, effectively evaluate the posture of the case and potentially prepare for trial, and conduct further investigation into mitigation of the defendant's federal sentencing exposure in this case. Id. For these reasons, the defendant, defense counsel, and the government stipulate and agree that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A); Local Code T4.

DATED: January 17, 2012         /s/Jason Hitt
                                JASON HITT
                                Assistant U.S. Attorney

DATED: January 17, 2012         /s/Jason Hitt for Mr. Karowsky
                                JAN KAROWSKY, ESQ.
                                Counsel for defendant Benjamin
                                GONZALES RODRIQUEZ
                                Authorized to sign for Mr.
                                Karowsky on 01-17-12

Based upon the representations by counsel and the stipulation of the parties, **IT IS HEREBY ORDERED** that:

1. The Court finds good cause to extend the Preliminary Hearing currently set for January 18, 2012, to February 8, 2010, at 2:00 p.m., before Magistrate Judge Carolyn K. Delaney pursuant to Federal Rule of Criminal Procedure 5.1(d);

2. Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. 18 U.S.C. § 3161(h)(7)(A) and Local Code T4 applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial based upon the factors set forth in 18 U.S.C. § 3161(h)(7)(B)(iv). Accordingly, time under the Speedy Trial Act shall be excluded from January 18, 2012, up to and including February 8, 2012.

**IT IS SO ORDERED.**

DATE: 1/17/12

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE