**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Benjamin Gonzales Rodriquez

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America,  )  | No. 12 - CR – 0117 - GEB |
| Plaintiff,  ) | |
| vs.  ) | **[PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |
| Benjamin Gonzales Rodriquez,  ) | |
| Defendant  ) | DATE:   October 5, 2012<br>TIME:   9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell, Jr. |

**ORDER**

The status conference is continued to January 11, 2013. For the reasons recited in the filed stipulation of the parties, the Court adopts the stipulations of the parties; adopts the proposed disclosure schedule and finds that the ends of justice to be served by a continuance and the stipulations of the parties outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through January 11, 2013.

- 1 -

- 2 -

1   **IT IS SO ORDERED.**

2   **Date:** <u>10/3/2012</u>

                                                                                _____

                                                                                GARLAND E. BURRELL, JR.
                                                                                Senior United States District Judge

Case 2:12-cr-00117-GEB   Document 52   Filed 10/04/12   Page 2 of 2

- 2 -