1  **JAN DAVID KAROWSKY**
Attorney at Law
2  A Professional Corporation
California State Bar Number 53854
3  716 19th Street, Suite 100
Sacramento, CA 95811-1767
4  (916) 447-1134
(916) 448-0265 (Fax)
5
Attorney for Defendant
6  Benjamin Gonzales Rodriquez

7  **UNITED STATES DISTRICT COURT**

8  **IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10 United States of America,            ) No. 12 - CR – 0117 - GEB
                                        )
11           Plaintiff,                 )
                                        ) **[PROPOSED] ORDER TO CONTINUE**
12      vs.                             ) **STATUS CONFERENCE**
                                        )
13 Benjamin Gonzales Rodriquez,         )
                                        )
14           Defendant                  )
                                        ) **DATE:   January 11, 2013**
15                                      ) **TIME:   9:00 a.m.**
                                        ) **JUDGE:  Hon. Garland E. Burrell, Jr.**
16                                      )
                                        )
17                                      )
                                        )
18 _____)

19

20                              **ORDER**

21

22       The status conference is continued to March 29, 2013.  For the reasons recited in the filed

23 stipulation, the Court adopts the stipulations of the parties; adopts the proposed disclosure

24 schedule and finds that the ends of justice to be served by a continuance and the stipulations of

25

- 1 -

1. the parties outweigh the best interests of the public and the defendant in a speedy trial and
2. therefore excludes time under the Speedy Trial Act through March 29, 2013.
3. **IT IS SO ORDERED.**
4. **Date:  1/8/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge