HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
BENJAMIN GONZALEZ RODRIGUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN GONZALEZ RODRIGUEZ,<br><br>Defendant. | No.  Cr. S 12-117 GEB<br><br>**STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable GARLAND E. BURRELL, Jr. |

Defendant, BENJAMIN GONZALEZ RODRIGUEZ by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On March 29, 2013, this Court sentenced Mr. Rodriguez to a term of 48 months imprisonment;

3. His total offense level was 29, his criminal history category was I, the resulting guideline range was 87 to 108 months, and he received a reduction from the low end of the applicable guideline range on the government's motion;

4.      The sentencing range applicable to Mr. Rodriguez was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5.      Mr. Rodriguez's total offense level has been reduced from 29 to 27, and his amended guideline range is 70 to 87 months; a reduction comparable to the one received at the initial sentencing would produce a term of 38 months;

6.      Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Rodriguez's term of imprisonment to 38 months.

Respectfully submitted,

Dated:  March 9, 2015                           Dated:   March 9, 2015

BENJAMIN B. WAGNER                              HEATHER E. WILLIAMS
United States Attorney                          Federal Defender


 /s/ *Jason Hitt*                                /s/ *David M. Porter*
JASON HITT                                      DAVID M. PORTER
Assistant U.S. Attorney                         Assistant Federal Defender

Attorney for Plaintiff                          Attorney for Defendant
UNITED STATES OF AMERICA                        BENJAMIN GONZALEZ RODRIGUEZ

## ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Rodriguez is entitled to the benefit Amendment 782, which reduces the total offense level from 29 to 27, resulting in an amended guideline range of 70 to 87 months.  A reduction comparable to the one received at the initial sentencing would produce a term of 38 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in March 2013 is reduced to a term of 38 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above

1  reduction in sentence, and shall serve certified copies of the amended judgment on the United
2  States Bureau of Prisons and the United States Probation Office.
3     Unless otherwise ordered, Mr. Rodriguez shall report to the United States Probation
4  Office within seventy-two hours after his release.
5  Dated:  March 10, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge