HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
BENJAMIN GONZALEZ RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:12-CR-00117 GEB |
| | ) |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **FOR EARLY TERMINATION** |
| | ) **OF SUPERVISED RELEASE** |
| BENJAMIN GONZALEZ RODRIGUEZ, | ) |
| | ) |
| Defendant. | ) Judge:  Hon. Garland E. Burrell |
| | ) |
| _____ | ) |

It is hereby stipulated and agreed between defendant,

Benjamin Gonzalez Rodriguez, and plaintiff, United States of

America, that the Court should enter the order below terminating

supervised release.

Mr. Rodriguez began a 60-month term of supervised release

on October 30, 2015, after serving a prison sentence of 38

months.  Having no prior criminal history, he was sentenced

under the safety valve.  Doc. 56.  Upon his release he resumed

working for Paramount Petroleum (now Tesoro) in a position he

-1-

has held for over five years.  He has a stable residence in Sacramento where he lives with his 12-year-old son.  He is no longer required to file monthly reports and receives no services from Probation.  The only blot on his record is a conviction for "wet" reckless driving.  However, he completed all requirements of that sentence and regained his driver's license.  After the arrest, he quit drinking, and he is no longer subject to drug testing.  Under these circumstances, the parties agree that the interest of justice and Mr. Rodriguez's conduct in maintaining stable housing and employment, warrant termination of supervised release pursuant to 18 U.S.C. § 3583(e)(1).

On January 8, 2018, Probation Officer Paul Mamaril of this district advised the parties that he concurs in Mr. Rodriguez's request for early termination of Mr. Rodriguez's supervised release.  However, his supervisor suggested the parties proceed by way of motion or by stipulation – hence this agreement.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  March 20, 2018        /s/ T. Zindel
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for BENJAMIN RODRIGUEZ

                              McGREGOR SCOTT
                              United States Attorney

Dated:  March 20, 2018        /s/ J. Hitt
                              JASON HITT
                              Assistant U.S. Attorney

# O R D E R

Defendant's term of supervised release is terminated pursuant to 18 U.S.C. § 3583(e)(1).

IT IS SO ORDERED.

Dated:  March 20, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge